# Court of Appeals
# of the State of Georgia

ATLANTA, December 10, 2012

*The Court of Appeals hereby passes the following order*

## A13I0083. BRIAN ROBETOR, AS EXECUTOR OF THE ESTATE OF DOUG ROBETOR v. SARAH ROBETOR.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

12CI802



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, December 10, 2012.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*